**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Jason<br>First name<br><br>Rex<br>Middle name<br><br>Kinnick<br>Last name and Suffix (Sr., Jr., II, III) | Shannon<br>First name<br><br>Marie<br>Middle name<br><br>Kinnick<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | | FKA Shannon Marie Rybolt |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-████ | xxx-xx-████ |


EXHIBIT C

Debtor 1    Jason Rex Kinnick
Debtor 2    Shannon Marie Kinnick                              Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| 5. Where you live | _____<br>        IN<br>Number, Street, City, State & ZIP Code<br><br>Hendricks<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | Check one:<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.) | Check one:<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Jason Rex Kinnick**
Debtor 2 **Shannon Marie Kinnick**

Case number (if known) _____

|  |  |  |  |
|---|---|---|---|
| 4.40 | **Med-1 Solutions, LLC**<br>Nonpriority Creditor's Name<br>**Attn: Bankruptcy**<br>**517 Us Highway 31 North**<br>**Greenwood, IN 46142**<br>Number Street City State Zip Code | Last 4 digits of account number **0287**<br><br>When was the debt incurred? **Opened 04/18** | **$607.00** |

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Account Community Health Network**

Case 19-01447-JJG-7   Doc 1   Filed 03/12/19   EOD 03/12/19 15:34:56   Pg 33 of 87

Debtor 1 **Jason Rex Kinnick**
Debtor 2 **Shannon Marie Kinnick**                                        Case number (if known) _____

| 4.4.1 | | | |
|---|---|---|---|
| **Med-1 Solutions, LLC** | Last 4 digits of account number | **5272** | **$413.00** |
| Nonpriority Creditor's Name | | | |
| **Attn: Bankruptcy** | When was the debt incurred? | **Opened 05/18** | |
| **517 Us Highway 31 North** | | | |
| **Greenwood, IN 46142** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Account Community Health Network**

---

| 4.4.2 | | | |
|---|---|---|---|
| **Med-1 Solutions, LLC** | Last 4 digits of account number | **0022** | **$231.00** |
| Nonpriority Creditor's Name | | | |
| **Attn: Bankruptcy** | When was the debt incurred? | **Opened 04/18** | |
| **517 Us Highway 31 North** | | | |
| **Greenwood, IN 46142** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Account Community Health Network**

---

| 4.4.3 | | | |
|---|---|---|---|
| **Med-1 Solutions, LLC** | Last 4 digits of account number | **8673** | **$231.00** |
| Nonpriority Creditor's Name | | | |
| **Attn: Bankruptcy** | When was the debt incurred? | **Opened 03/18** | |
| **517 Us Highway 31 North** | | | |
| **Greenwood, IN 46142** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Account Community Health Network**

Case 19-01447-JJG-7   Doc 1   Filed 03/12/19   EOD 03/12/19 15:34:56   Pg 34 of 87

Debtor 1 Jason Rex Kinnick
Debtor 2 Shannon Marie Kinnick                             Case number (if known)

| 4.4.4 | Med-1 Solutions, LLC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number 9822 | $194.00 |
| | Attn: Bankruptcy | When was the debt incurred? Opened 04/18 | |
| | 517 Us Highway 31 North | | |
| | Greenwood, IN 46142 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ■ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  Collection Account Community Health Network | |

| 4.4.5 | Med-1 Solutions, LLC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number 8629 | $135.00 |
| | Attn: Bankruptcy | When was the debt incurred? Opened 03/18 | |
| | 517 Us Highway 31 North | | |
| | Greenwood, IN 46142 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ■ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  Collection Account Community Health Network | |

| 4.4.6 | Med-1 Solutions, LLC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number 9766 | $100.00 |
| | Attn: Bankruptcy | When was the debt incurred? Opened 04/18 | |
| | 517 Us Highway 31 North | | |
| | Greenwood, IN 46142 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ■ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  Collection Account Community Health Network | |

Case 19-01447-JJG-7   Doc 1   Filed 03/12/19   EOD 03/12/19 15:34:56   Pg 35 of 87

Debtor 1 **Jason Rex Kinnick**
Debtor 2 **Shannon Marie Kinnick**                              Case number (if known) _____

| 4.47 | **Med-1 Solutions, LLC** | Last 4 digits of account number | 8754 | $76.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/18**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only            ☐ Contingent
■ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another
                              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?   report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                             ■ Other. Specify  **Collection Account Community Health Network**

---

| 4.48 | **Med-1 Solutions, LLC** | Last 4 digits of account number | 8994 | $65.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/18**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only            ☐ Contingent
■ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another
                              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?   report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                             ■ Other. Specify  **Collection Account Community Health Network**

---

| 4.49 | **Med-1 Solutions, LLC** | Last 4 digits of account number | 8829 | $60.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142**
Number Street City State Zip Code

When was the debt incurred?   **Opened 03/18**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only            ☐ Contingent
■ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another
                              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?   report as priority claims
■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                             ■ Other. Specify  **Collection Account Community Health Network**

---

Case 19-01447-JJG-7　Doc 1　Filed 03/12/19　EOD 03/12/19 15:34:56　Pg 36 of 87

Debtor 1　Jason Rex Kinnick
Debtor 2　Shannon Marie Kinnick　　　　　　　　　　　　Case number (if known)

| 4.50 | Med-1 Solutions, LLC | Last 4 digits of account number | 9880 | $60.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142
Number Street City State Zip Code

When was the debt incurred?　Opened 04/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　Collection Account Community Health Network

| 4.51 | Med-1 Solutions, LLC | Last 4 digits of account number | 9971 | $60.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142
Number Street City State Zip Code

When was the debt incurred?　Opened 04/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　Collection Account Community Health Network

| 4.52 | Med-1 Solutions, LLC | Last 4 digits of account number | 0104 | $60.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142
Number Street City State Zip Code

When was the debt incurred?　Opened 04/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　Collection Account Community Health Network

Debtor 1  Jason Rex Kinnick
Debtor 2  Shannon Marie Kinnick                              Case number (if known)

| 4.53 | Med-1 Solutions, LLC | Last 4 digits of account number | 9817 | $60.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142
Number Street City State Zip Code

When was the debt incurred?  Opened 04/18

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Collection Account Community Health Network

| 4.54 | Med-1 Solutions, LLC | Last 4 digits of account number | 4521 | $60.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142
Number Street City State Zip Code

When was the debt incurred?  Opened 05/18

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Collection Account Community Health Network

| 4.55 | Med-1 Solutions, LLC | Last 4 digits of account number | 5253 | $59.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
517 Us Highway 31 North
Greenwood, IN 46142
Number Street City State Zip Code

When was the debt incurred?  Opened 05/18

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Collection Account Community Health Network