Case 19-01447-JJG-7    Doc 9    Filed 03/16/19    EOD 03/17/19 00:32:14    Pg 1 of 4

United States Bankruptcy Court
Southern District of Indiana

In re:
Jason Rex Kinnick
Shannon Marie Kinnick
Debtors

Case No. 19-01447-JJG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0756-1    User: admin    Page 1 of 2    Date Rcvd: Mar 14, 2019
Form ID: b309a    Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb         +Jason Rex Kinnick,    Shannon Marie Kinnick,
               IN
15218900       +Bradford Legge,    8101 Clearvista Pkwy Ste 250,    Indianapolis, IN 46256-5605
15218905       +Capital One Auto Finance,    Po Box 259407,    Plano, TX 75025-9407
15218908       +City of Carmel,    One Civic Square,    Carmel, IN 46032-7569
15218911       -Community Health,    POB 20830,    Indianapolis, IN 46220-0830
15218912       +Community Home Health,    PO Box 2191,    Indianapolis, IN 46206-2191
15218914        Conduent/US Bk Natl Brazos,    C/o Acs,    Utica, NY 13501
15218913       -Conduent/US Bk Natl Brazos,    Attn: Claims Department,    Po Box 7051,    Utica, NY 13504-7051
15218917       +Debra Henderson,    14877 Cresent Cove,    Fort Myers, FL 33908-4999
15218918       +Dental Solutions of Avon,    105 S Raceway Rd,    Indianapolis, IN 46231-1414
15218920       +Dept of Ed / 582 / Nelnet,    121 S 13th St,    Lincoln, NE 68508-1904
15218919       +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
15218923       +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
15218924       +Experian,    PO box 2002,    Allen, TX 75013-2002
15218927       +G. L. A. Collection Company,    2630 Gleeson Ln,    Louisville, KY 40299-1772
15218926       +G. L. A. Collection Company,    Attn: Bankruptcy,    Po Box 588,    Greensburg, IN 47240-0588
15218928       +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
15218929        Hamilton Superior Court,    1 N. 8th Street #292,    Noblesville, IN 46060
15218930       -Hendricks Regional Health,    1000 East Main Street,    Danville, IN 46122-1948
15218937       +IU Health,    250 N. Shadeland,    Indianapolis, IN 46219-4959
15218938       +IVY Tech,    50 West Fall Creek Parkway North Dr.,    Indianapolis, IN 46208-5752
15218935        Indiana Department of Workforce Develope,    10 N. Senate Avenue,    Indianapolis, IN 46204-2277
15218939       +Ivy Tech Community College,    50 West Fall Creek Pkwy N Drive,    Indianapolis, IN 46208-5752
15218944       +Mid America,    PO Box 740658,    Cincinnati, OH 45274-0658
15218946       +National Credit Mgmt,    1177 N Warson Road,    St Louis, MO 63132-1810
15218945       +National Credit Mgmt,    Attn: Bankruptcy,    Po Box 32900,    Saint Louis, MO 63132-8900
15218947       +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wilos-Barr, PA 18773-9000
15218950       +Northpoint Pediatrics,    PO Box 6069,    Dept. 47,    Indianapolis, IN 46206-6069
15218951       +Northside ENT,    PO Box 6069,    Dept. 10,    Indianapolis, IN 46206-6069
15218952       +Northside ENT,    PO Box 6069,    Indianapolis, IN 46206-6069
15218953       +Northside ENT, Inc.,    12065 Old Meridian St.,    Suite 150,    Carmel, IN 46032-8775
15218954       +Podiatry Assoc of IN,    5471 Georgetown Road 1C,    Indianapolis, IN 46254-5794
15218955       +Priya Menon, MD,    100 Hospital Ln #205,    Danville, IN 46122-1993
15218957       +Receivable Recovery Partners,    1600 S Franklin Rd,    Indianapolis, IN 46239-1196
15218956       +Receivable Recovery Partners,    Attn: Bankruptcy,    1600 S Franklin Rd,
                 Indianapolis, IN 46239-1196
15218958       +Settlers Run Apartments,    3200 Prairie View Trail,    Danville, IN 46122-8540
15218961        Transunion,    PO Box 1000,    Crum Lynne, PA 19022
15219981       +U.S. Attorney's Office,    10 W Market St Ste 2100,    Indianapolis IN 46204-1986
15218964        Virtuoso Sourcing,    4500 E. Cherry Creek South,    Burns, CO 80426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@sawinlaw.com Mar 14 2019 23:36:41      Jennifer Fujawa Asbury,
                 Sawin, Shea & Steinkamp LLC,    6100 N. Keystone Avenue,    Suite 620,    Indianapolis, IN 46220
tr             +EDI: FRLWOODRUFF.COM Mar 15 2019 03:38:00      Randall L. Woodruff,
                 Office of Randall L. Woodruff,    115-A E Ninth St,    Anderson, IN 46016-2839
ust            +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Mar 14 2019 23:37:30      U.S. Trustee,
                 Office of U.S. Trustee,    101 W. Ohio St., Ste. 1000,    Indianapolis, IN 46204-1982
15218898       +EDI: AMEREXPR.COM Mar 15 2019 03:38:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
15218899       +EDI: AMEREXPR.COM Mar 15 2019 03:38:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
15218902       +EDI: CAPITALONE.COM Mar 15 2019 03:38:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15218903       +EDI: CAPITALONE.COM Mar 15 2019 03:38:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
15218901       +EDI: CAPITALONE.COM Mar 15 2019 03:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15218904       +EDI: CAPONEAUTO.COM Mar 15 2019 03:38:00      Capital One Auto Finance,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
15218906       +EDI: CHASE.COM Mar 15 2019 03:38:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
15218907       +EDI: CHASE.COM Mar 15 2019 03:38:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
15218909       +EDI: WFNNB.COM Mar 15 2019 03:38:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
15218910       +EDI: WFNNB.COM Mar 15 2019 03:38:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                 Columbus, OH 43218-2789
15218916       -EDI: RCSFNBMARIN.COM Mar 15 2019 03:38:00      Credit One Bank,    Po Box 98872,
                 Las Vegas, NV 89193-8872
15218915       +EDI: RCSFNBMARIN.COM Mar 15 2019 03:38:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873


EXHIBIT D

```
District/off: 0756-1           User: admin                Page 2 of 2              Date Rcvd: Mar 14, 2019
                               Form ID: b309a             Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

| ID | Transmission | Recipient | Address |
|---|---|---|---|
| 15218922 | EDI: DISCOVER.COM Mar 15 2019 03:38:00 | Discover Financial, | Po Box 15316, Wilmington, DE 19850 |
| 15218921 | +EDI: DISCOVER.COM Mar 15 2019 03:38:00 | Discover Financial, | Po Box 3025, New Albany, OH 43054-3025 |
| 15218925 | +EDI: FSAE.COM Mar 15 2019 03:38:00 | Firstsource Advantage, LLC, | 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 15218931 | +E-mail/Text: lcraig@hendrickstherapy.com Mar 14 2019 23:37:56 | Hendricks Therapy, | 202 Meyers Road, Danville, IN 46122-9702 |
| 15218933 | +E-mail/Text: bankruptcy@huntington.com Mar 14 2019 23:37:37 | Huntington, | Po Box 1558, Columbus, OH 43216-1558 |
| 15218932 | +E-mail/Text: bankruptcy@huntington.com Mar 14 2019 23:37:36 | Huntington, | Attn: Bankruptcy, 3 Cascade Plaza, Akron, OH 44308-1124 |
| 15218934 | +E-mail/Text: bankruptcy@huntington.com Mar 14 2019 23:37:37 | Huntington Bank, | 5555 Cleveland Avenue, GW221, Columbus, OH 43231-4048 |
| 15218936 | E-mail/Text: ipibankruptcyprocessing@aes.com Mar 14 2019 23:38:02 | IPL, | P. O. Box 110, Indianapolis, IN 46206-0110 |
| 15218940 | +EDI: CBSKOHLS.COM Mar 15 2019 03:38:00 | Kohls/Capital One, | Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15218940 | +E-mail/Text: bncnotices@becket-lee.com Mar 14 2019 23:37:05 | Kohls/Capital One, | Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15218941 | +EDI: CBSKOHLS.COM Mar 15 2019 03:38:00 | Kohls/Capital One, | N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15218941 | +E-mail/Text: bncnotices@becket-lee.com Mar 14 2019 23:37:05 | Kohls/Capital One, | N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15218942 | -E-mail/Text: medlbknotice@medlsolutions.com Mar 14 2019 23:37:54 | Med-1 Solutions, LLC, | Attn: Bankruptcy, 517 Us Highway 31 North, Greenwood, IN 46142-3932 |
| 15218943 | -E-mail/Text: medlbknotice@medlsolutions.com Mar 14 2019 23:37:54 | Med-1 Solutions, LLC, | 517 Us Highway 31 N, Greenwood, IN 46142-3932 |
| 15218949 | +EDI: NAVIENTFKASMSERV.COM Mar 15 2019 03:38:00 | Navient, | Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15218948 | +EDI: NAVIENTFKASMSERV.COM Mar 15 2019 03:38:00 | Navient, | Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15218959 | +EDI: RMSC.COM Mar 15 2019 03:38:00 | Synchrony Bank/Care Credit, | Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 15218960 | +EDI: RMSC.COM Mar 15 2019 03:38:00 | Synchrony Bank/Care Credit, | C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15218963 | +EDI: VERIZONCOMB.COM Mar 15 2019 03:38:00 | Verizon Wireless, | Po Box 650051, Dallas, TX 75265-0051 |
| 15218962 | +EDI: VERIZONCOMB.COM Mar 15 2019 03:38:00 | Verizon Wireless, | Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 35

***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2019                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jason Rex Kinnick <br> Name | Social Security number or ITIN: xxx-xx-____ <br> EIN: __-_____ |
| Debtor 2: <br> (Spouse, if filing) | Shannon Marie Kinnick <br> Name | Social Security number or ITIN: xxx-xx-____ <br> EIN: __-_____ |
| United States Bankruptcy Court – Southern District of Indiana | | Date case filed in chapter 7: March 12, 2019 |
| Case number: | 19-01447-JJG-7 | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline   12/2015

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify the debtors on this case, the debtors must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtors' full name | Jason Rex Kinnick | Shannon Marie Kinnick |
| 2. | Other names <br> (used in last 8 years) | None | fka Shannon Marie Ryboll |
| 3. | Address | [redacted] IN | [redacted] IN |
| 4. | Debtors' attorney <br> Name and address | Jennifer Fujawa Asbury <br> 6100 N. Keystone Avenue <br> Suite 620 <br> Indianapolis, IN 46220 | Contact Info: 317-255-2600 or <br> ecf@sawinlaw.com |
| 5. | Bankruptcy trustee <br> Name and address | Randall L. Woodruff <br> Office of Randall L. Woodruff <br> 115-A E Ninth St <br> Anderson, IN 46016 | Contact Info: 765-644-6464 |

For more information, see page 2 >

Debtors Jason Rex Kinnick and Shannon Merle Kinnick                                               Case number 19-01447-JJG-7

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court Southern District of Indiana 46 E. Ohio St., Rm. 116 Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET Contact Info: 317-229-3800 |
| 7. | **Meeting of creditors** Both debtors must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | April 9, 2019 at 01:00 PM EDT The debtors MUST provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtors at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. | Location: Rm. 416B U.S. Courthouse 46 E. Ohio St. Indianapolis, IN 46204 |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | Deadline to object to discharge or challenge whether certain debts are dischargeable: You must file a complaint by the deadline: • If you assert that the debtors are not entitled to a discharge under 11 U.S.C. § 727(a)(2)–(7) or • If 11 U.S.C. § 523(a)(2), (4), or (6) applies to your claim and you seek to have it excepted from discharge. | June 10, 2019 You must file a motion by the deadline: • if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| | | **Objection to exemptions:** The law permits debtors to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtors, you may file an objection **no later than 30 days after the meeting of creditors concludes.** | |
| 10. | **Proof of claim** Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtors, you may file an objection **no later than 30 days after the meeting of creditors concludes.** | |
| 13. | **Abandonment of property** | Pursuant to S.D.Ind. B-6007-1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than one day before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have 14 days to object to the abandonment. | |