**RICHARD R. HUSTON, ATTORNEY AT LAW**
RETURN MAIL ADDRESS
517 US HIGHWAY 31 N
GREENWOOD IN 46142-3932



APR 25 2019

JASON KINNICK
IN

REMIT TO:
MED-1 SOLUTIONS, LLC
DEPT 5621
PO BOX 790126
ST LOUIS MO 63179-0126

Account of: JASON KINNICK
Creditor: COMMUNITY BEHAVIORAL HEALTH GALLAHUE
Client Reference Number:
MED-1 Account Number:
Balance Due: $170.00

Dear JASON KINNICK:

We represent the above-named creditor on the collection of this account. Mail your check, money order or credit card information directly to MED-1 Solutions, LLC in the enclosed envelope. For your convenience, you may also make your payment online by visiting our website at **www.med1solutions.com** and entering account number

If you need to make a payment arrangement or discuss your account, please call a MED-1 Solutions representative at **888.323.0811**. If you are mailing in payment, please fill out the information on the reverse side and return that portion of the form in the enclosed envelope.

Unless you notify this office within 30 days of receiving this notice that you dispute the validity of this debt or a portion thereof, we will assume the debt is valid. If you notify this office in writing within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you so request this office in writing within 30 days of receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

Richard R. Huston
Attorney at Law
MED-1 Solutions, LLC

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



EXHIBIT E

PLEASE MAKE CHECK PAYABLE TO MED-1 SOLUTIONS

MED-1 SOLUTIONS, LLC
DEPT 5621
PO BOX 790126
ST LOUIS MO 63179-0126

| PATIENT NAME | ACCOUNT NUMBER | BALANCE DUE |
|---|---|---|
| JASON KINNICK | ▮▮▮▮▮▮ | $170.00 |

To pay by MasterCard, Visa, or American Express, fill out below:

CARD NUMBER                                         EXPIRATION DATE

CARDHOLDER SIGNATURE

CHECK NUMBER   PLEASE WRITE THE ACCOUNT NUMBER ON YOUR CHECK   AMOUNT PAID $

---

TO ENSURE PROPER CREDIT, PLEASE DETACH AND RETURN WITH PAYMENT IN ENVELOPE PROVIDED

---

## FOR YOUR CONVENIENCE

You may submit payment:



- @ Online at www.med1solutions.com through our secure payment portal
- ☎ By calling our account representatives at 888.323.0811
- ✉ Via US Mail with the attached coupon to Dept. 5621, PO Box 790126, St Louis MO 63179-0126
- 🏠 In person at MED-1 Solutions, 517 US Highway 31 N, Greenwood, IN 46142-3932

If you have any questions or need additional information regarding your account, you may call MED-1 Solutions at **888.323.0811** or visit your personalized website at **www.med1solutions.com**.