AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Jason Kinnick, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:19-cv-2563-SEB-TAB |
| Med-1 Solutions, LLC, an Iindiana limited liability company, | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Med-1 Solutions, LLC
c/o William J. Huff, as registered agent
517 US Highway 31 N
Greenwood, Indiana 46142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/26/2019

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-2563-SEB-TAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __William Huff  RA__

was received by me on *(date)* _____

☒ I personally served the summons on the individual at *(place)*
__Med-1 Solutions__ on *(date)* __7/8/19__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: __7/12/19__

__Don S-K__
Server's signature

__Darin Kinser  Server__
Printed name and title

__1220 I st. STE3 Bedford, IN 47421__
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Indiana

Case Number: 1:19-2563-SEB-TAB

Plaintiff:
**Jason Kinnick**
vs.
Defendant:
**Med-1 Solutions, LLC, an Indiana limited liability company**

TPL2019124503

For: David J. Philipps
     Philipps & Philipps, Ltd.

Received by TSI Legal on the 28th day of June, 2019 at 12:40 pm to be served on MED-1 SOLUTIONS, LLC c/o William Huff, as registered agent, 517 US Highway 31 N, Greenwood, IN 46142. I, Dorin Kinser, being duly sworn, depose and say that on the 8 day of July, 2019 at 2:21 pm., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial, Notice of Electronic Filing, and Exhibits** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person by delivering a true copy of the documents listed herein with the date, hour of service, intials, and appointment number (when applicable) endorsed thereon by me and informing said person of the contents therein.

( ) SUBSTITUTE SERVICE: Served the within named person by delivering by delivering a true copy of the documents listed herein with the date, hour of service, intials, and appointment number (when applicable) endorsed thereon byme, to:

_____ as _____, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein.

Married: Yes X  No____   Military: Yes____ No X   Branch?_____   Mobile Home: Yes___ No___

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 75  Sex (M) F  Race Caucasian  Height 5'10  Weight 180  Hair Balding  Glasses Y (N)

## AFFIDAVIT OF SERVICE For 1:19-2563-SEB-TAB

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. The service, date, time, my initials and/or name, and identification number, if required by state statute, were listed on the documents served.

F.S. 92.525, UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THE FACTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

DATE: 7/12/19

Subscribed and Sworn to before me on the 12 day of JUN 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____

TSI Legal
P.O. Box 173019
Tampa, FL 33672
(813) 282-0074

Our Job Serial Number: 2019124503
Ref: 1:19-cv-2563-SEB-TAB



Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c