UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Jason Kinnick<br><br>Plaintiff,<br><br>v.<br><br>MED-1 Solutions, LLC,<br><br>Defendant | CIVIL ACTION<br><br>1:19-cv-2563-SEB-TAB |

**AFFIDAVIT OF MEGAN TUNISON**

The affiant, Megan Tunison, states the following under oath:

1. My name is Megan Tunison, I am over 18 years of age, and I am of sound mind and competent to testify.
2. I have personal knowledge of the matters stated in this affidavit.
3. I am currently an employee of MED-1. My position is Legal Department Manager.
4. I have reviewed MED-1's complete files related to Jason Kinnick.
5. Jason Kinnick incurred debt with Community Behavioral Health Gallahue.
6. The debt arose out of medical services that Community Behavioral Health Gallahue provided to Kinnick.
7. MED-1 is an agent for collection for Community Behavioral Health Gallahue.
8. On April 24, 2019 Community Behavioral Health Gallahue assigned Kinnick's accounts with MED-1 Solutions for the purpose of collecting an outstanding balance owed.
9. On April 24, 2019 MED-1 Solutions printed its initial demand letter. This letter is identified internally as letter #3160.
10. On April 25, 2019 MED-1 ran a bankruptcy scrub through its vendor LexisNexis.
11. On April 25, 2019 LexisNexis returned a result indicating that Kinnick had an active bankruptcy claim.

EXHIBIT A

12. MED-1's automated tactics in its account management software, Onatario Systems FACS, moved Kinnick's accounts to the 3BKR disposition.

13. 3BKR is a disposition that indicates the account may be part of a bankruptcy claim.

14. When an account is in the 3BKR disposition all collection activity and communication with responsible party ceases.

15. Following April 25, 2019 no further collection attempts were made on Kinnick's accounts.

16. Kinnick did not contact MED-1 prior to filing this lawsuit on June 25, 2019.

17. Had Kinnick contacted MED-1 following April 25, 2019, he would have been informed that MED-1 indicated the account was part of a bankruptcy claim and he needed to contact his attorney.

Further, the Affiant says naught.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE.

_____
Megan Tunison

Subscribed and sworn to before me this 23 day of August 2019.

_____
Notary Public

MICHELE L. HUGHES
Shelby County
My Commission Expires
March 16, 2024