IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Jason Kinnick, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.   1:19-cv-2563-SEB-TAB |
| Med-1 Solutions, LLC, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Jason Kinnick ("Kinnick"), hereby requests that this Court grant him an extension of time in which to respond to Defendant's Motion to Dismiss (Dkt. 13), and states as follows:

1. On August 23, 2019, Defendant filed a motion to dismiss Plaintiff's Complaint (Dkt. 13).

2. Plaintiff's response to Defendant's motion to dismiss is due on September 6, 2019.

3. Due to the press of other business and previously scheduled vacations, Plaintiff requests a 21-day extension of time in which to respond to Defendants' motion to dismiss, until and including September 27, 2019.

4. Plaintiff's Counsel contacted Defendant's Counsel, Nicholas Moline, via email, regarding this request and Defendant's Counsel responded that Defendant does not oppose the extension of time.

WHEREFORE, Plaintiff, Jason Kinnick, respectfully requests a 21-day extension of time to file his response to Defendant's Motion to Dismiss, until September 27, 2019.

.                                              Respectfully submitted,

                                               By: /s/ David J. Philipps_____
                                               One of Plaintiff's Attorneys

Dated: August 28, 2019

David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps       (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

John T. Steinkamp  (Ind. Bar No. 19891-49)
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
john@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2019 a copy of the foregoing **Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss** was filed electronically.  Notice of this filing was sent to the following parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.

| | |
|---|---|
| Nicholas Moline<br>Med-! Solutions, LLC<br>517 U.S. Highway 31 North<br>Greenwood, Indiana 46142 | Nicholas.moline@med1solutions.com |
| John T. Steinkamp<br>John Steinkamp & Associates<br>5214 S. East Street<br>Suite D1<br>Indianapolis, Indiana 46227 | john@johnsteinkampandassociates.com |

/s/ David J. Philipps\_\_\_\_
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Robert Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com