UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON KINNICK | ) |
| | ) |
| Plaintiff | )   CASE NO. 1:19-cv-2563- TAB-SEB |
| | ) |
| vs. | ) |
| | ) |
| MED-1 SOLUTIONS, LLC, an | ) |
| Indiana limited liability company | ) |
| | ) |
| Defendant | ) |

## MOTION TO CONTINUE TRIAL

Comes now Defendant, MED-1 Solutions, LLC, by counsel, and files its Motion to Continue Trial. In support of this motion, Defendant states:

1. This matter is presently set for trial, beginning July 21, 2021.

2. This matter is also set for a final pre-trial conference on July 8, 2021.

3. Undersigned needs to be in California the afternoon of Friday July 23 and Saturday July 24 for his brother's wedding, which was scheduled after the trial in this cause was set. Given the present trial setting, it is unlikely that undersigned can both act as lead trial counsel and attend (and participate in) that ceremony and celebration.

4. MED-1 respectfully requests that the Court continue the present trial setting due to the unavailability of lead trial counsel.

5. MED-1 also respectfully requests that the Court continue the final pre-trial conference.

6. Undersigned has communicated with counsel for Plaintiff Jason Kinnick and Plaintiff does not object to this request.

WHEREFORE, Defendant, MED-1 Solutions, LLC, by counsel, prays that the Court continue the July 8, 2021 final pre-trial conference and the July 21, 2021 trial setting in this cause, and for all other just and proper relief.

        KIGHTLINGER & GRAY, LLP

        By   */s/ Nicholas W. Levi*
            Nicholas W. Levi (#24278-53)
            Jackson L. Schroeder (#35355-49)
            One Indiana Square, Suite 300
            211 North Pennsylvania Street
            Indianapolis, Indiana  46204
            Telephone:  317-638-4521
            Email:  nlevi@k-glaw.com
                    jschroeder@k-glaw.com